

# Fourth Court of Appeals
## San Antonio, Texas

June 18, 2014

No. 04-14-00028-CV

Carmelita **RILEY** and Anthony Pena,
Appellants

v.

Lizette **TORRES**, Paula Pueblitz, San Juanita Valdez and Puig Management and Rentals, LLC,
Appellees

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2012CVF001192-D3
Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

On April 10, 2014, we issued an order explaining that the court reporter had filed a notification of late reporter's record, which stated the appellants had failed to pay or make arrangements to pay the fee for preparing the reporter's record. We therefore ordered appellants to provide written proof to this court by April 21, 2014 that either (1) the reporter's fee had been paid or arrangements had been made to pay the reporter's fee; or (2) they were entitled to appeal without paying the reporter's fee. We further explained that if appellants failed to respond within the time provided, appellants' brief would be due on or before May 12, 2014, and we would consider only those issues or points raised in appellants' brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

Appellants did not respond to our order. Therefore, appellants' brief was due to filed on May 12, 2014. No brief was filed. Therefore, on May 29, 2014, we ordered Appellants Carmelita Riley and Anthony Pena to file, on or before June 9, 2014, their appellants' brief and a written response reasonably explaining (1) their failure to timely file the brief and (2) why appellees are not significantly injured by their failure to timely file a brief. We explained that if appellants failed to file a brief and the written response by the date ordered, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant has failed to comply with a court order). On June 9, 2014, appellants filed a motion for extension of time to file their brief, requesting a forty-five day extension. We GRANT appellant's motion for extension of time and ORDER their brief to be filed on or before **July 25, 2014**.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of June, 2014.



_Keith E. Hottle_
Keith E. Hottle
Clerk of Court